GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JESSIKAH KIPF,<br><br>Plaintiff,<br><br>vs.<br><br>I.Q. DATA INTERNATIONAL, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:24-cv-00165-JAD-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 5, 2024 through and including **July 5, 2024**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 4th day of June, 2024.

| | |
|---|---|
| CLARK HILL PLLC | <u>*No opposition*</u> |
| By: /s/ Gia N. Marina | /s/ Gustavo Ponce |
| Gia N. Marina | Gustavo Ponce, Esq. |
| Nevada Bar No. 15276 | Nevada Bar No. 15084 |
| 1700 South Pavilion Center Drive, Suite 500 | Mona Amini, Esq. |
| Las Vegas, Nevada 89135 | Nevada Bar No. 15381 |
| Telephone: (702) 862-8300 | KAZEROUNI LAW GROUP, APC |
| Facsimile: (702) 778-9709 | 6787 W. Tropicana Ave., Suite 250 |
| Email: gmarina@clarkhill.com | Las Vegas, NV 89103 |
| *Attorney for Defendant Equifax Information Services LLC* | Phone: (800) 400-6808 |
| | Fax: (800) 520-5523 |
| | Email: gustavo@kazlg.com |
| | Email: mona@kazlg.com |
| | |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  6/5/2024

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 4th day of June, 2024, via CM/ECF, upon all counsel of record:

                By: /s/ Nicholas DiMattei, Jr.
                    An employee of CLARK HILL PLLC