Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV  89125
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSIKAH KIPF,<br><br>    Plaintiff,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC;<br><br>    Defendants. | Case No. 2:24-cv-00165-JAD-BNW<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT** |

  Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Jessica Kipf ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's First Amended Complaint (ECF No. 4) pursuant to LR IA 6-1.

  Plaintiff filed her First Amended Complaint on April 23, 2024, and currently, Experian's responsive pleading is due June 5, 2024.  (ECF No. 8.)  Experian has just retained counsel in this matter.  The first extension will allow Experian an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees if this matter may be resolved after such investigation.  Plaintiff and Experian stipulate and agree that Experian shall have an extension until July 5, 2024, to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the First Amended Complaint and is not intended to cause any delay or prejudice any party, but to permit Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 5th day of June 2024.

| | |
|---|---|
| NAYLOR & BRASTER | KAZEROUNI LAW GROUP, APC |
| By: */s/ Jennifer L. Braster* <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> 10100 W. Charleston Blvd., Suite 120 <br> Las Vegas, NV 89135 <br><br> *Attorneys for Defendant* <br> *Experian Information Solutions, Inc.* | By: */s/ Gustavo Ponce* <br> Gustavo Ponce <br> Nevada Bar No. 15084 <br> Mona Amini <br> Nevada Bar No. 15381 <br> 6787 W. Tropicana Avenue, Suite 250 <br> Las Vegas, NV 89103 <br><br> *Attorneys for Plaintiff Jessikah Kipf* |

**IT IS SO ORDERED.**

Dated this   6   day of June 2024.

_____
UNITED STATES MAGISTRATE JUDGE