1  Jennifer L. Braster
   Nevada Bar No. 9982
2  NAYLOR & BRASTER
   10100 W. Charleston Blvd., Suite 120
3  Las Vegas, NV  89125
   Telephone: (702) 420-7000
4  jbraster@nblawnv.com

5  *Attorneys for Defendant*
   *Experian Information Solutions, Inc.*

8              **UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF NEVADA**

| | |
|---|---|
| JESSIKAH KIPF, | Case No. 2:24-cv-00165-JAD-BNW |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. PURSUANT TO F.R.C.P. 41(A)(1) & ORDER** |
| v. | |
| I.Q. DATA INTERNATIONAL, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; | ECF Nos. 33, 34 |
| Defendants. | |

Plaintiff Jessikah Kipf ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian), by and through their respective attorneys of record, hereby jointly stipulate, and

respectfully request, to dismiss Plaintiff's claims against Defendant Experian only pursuant to Fed. R. Civ. P. Rule 41(a)(1) with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED this 3rd day of April 2025.

| | |
|---|---|
| NAYLOR & BRASTER | KAZEROUNI LAW GROUP, APC |
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>10100 W. Charleston Blvd., Suite 120<br>Las Vegas, NV 89135<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | By: */s/ Gustavo Ponce*<br>Gustavo Ponce<br>Nevada Bar No. 15084<br>Mona Amini<br>Nevada Bar No. 15381<br>6787 W. Tropicana Avenue, Suite 250<br>Las Vegas, NV 89103<br><br>*Attorneys for Plaintiff Jessikah Kipf* |

**ORDER**

Based on the stipulation between Experian Information Solutions, Inc. and the plaintiff **[ECF Nos. 33, 34]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Experian Information Solutions, Inc. are DISMISSED with prejudice, each side to bear its own fees and costs.

UNITED STATES DISTRICT JUDGE
4/10/25