1  SEAN P. FLYNN (SBN: 15408)
   SAMANTHA M. PERLEGOS (SBN: 17109)
2  **GORDON REES SCULLY MANSUKHANI**
   1 Liberty Street, Suite 424
3  Reno, NV  89501
   Telephone:     (775) 467-2610
4  Email:         sflynn@grsm.com
                  smperlegos@grsm.com
5
   Attorneys for Defendant
6  IQ DATA INTERNATIONAL DATA, INC.

7

8 | UNITED STATES DISTRICT COURT

9 | DISTRICT OF NEVADA

10

| | |
|---|---|
| JESSIKAH KIPF, | CASE NO.   2:24-cv-00165-JAD-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION HEARING** |
| vs. | |
| IQ DATA INTERNATIONAL, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

Pursuant to LR IA 6-1, LR and IA 6-2, Plaintiff JESSIKAH KIPF ("Plaintiff") and Defendant IQ DATA INTERNATIONAL, INC. ("Defendant"), by and through their undersigned counsel, hereby submit this Stipulation to Continue a Motion Hearing (First Request).

On August 15, 2025, the Court calendared Plaintiff's Motion to Compel [Dkt. 46] for hearing on August 28, 2025.  Defense Counsel is unavailable on that date due to previously calendared hearings and depositions.

On August 15, 2025, Defense Counsel advised Plaintiff's Counsel of this conflict.  On August 18, 2025, Plaintiff's Counsel responded that he did not oppose moving the hearing.

On August 20, 2025, the Court advised the next available dates were September 9 or

-1-

1. Counsel have conferred and are mutually available on September 9, 2025.

Therefore, Plaintiff and Defendant request the hearing on Plaintiff's Motion to Compel (ECF No. 46) be continued to September 9, 2025 at 3:00 P.M. Plaintiff and Defendant's Joint Stipulation for Extension of Time (ECF No. 49) will also be heard at this time.

Respectfully submitted,

Dated: August 25, 2025

**GORDON REES SCULLY MANSUKHANI**

By: *s/Sean P. Flynn*
Sean P. Flynn
Samantha M. Perlegos
Attorneys for Defendant
IQ DATA INTERNATIONAL, INC.

Dated: August 25, 2025

**KAZEROUNI LAW GROUP, APC**

By: *s/Gustavo Ponce*
Gustavo Ponce
Attorneys for Plaintiff
JESSIKAH KIPF

**IT IS SO ORDERED:**

_____,
UNITED STATES MAGISTRATE JUDGE

DATED: August 26, 2025

-2-