1  Gustavo Ponce, Esq.
   Nevada Bar No. 15084
2  Mona Amini, Esq.
   Nevada Bar No. 15381
3
   **KAZEROUNI LAW GROUP, APC**
4  6940 S. Cimarron Road, Suite 210
5  Las Vegas, Nevada 89113
   Telephone: (800) 400-6808
6  Facsimile: (800) 520-5523
7  E-mail: gustavo@kazlg.com
   E-mail: mona@kazlg.com
8  Attorneys for Jessikah Kipf
9
                **UNITED STATES DISTRICT COURT**
10               **DISTRICT OF NEVADA**
11

12 **JESSIKAH KIPF,**                     Case No.: 2:24-cv-00165-JAD-BNW
13
                   Plaintiff,             **STIPULATION AND ORDER TO**
14                                        **DISMISS DEFENDANT I.Q. DATA**
                                          **INTERNATIONAL,**
15      vs.                               **INC., PURSUANT TO FED. R. CIV.**
                                          **P. 41 (a)(1)**
16 **I.Q. DATA INTERNATIONAL,**
17 **INC.; EXPERIAN INFORMATION**
   **SOLUTIONS, INC.; TRANS**
18 **UNION, LLC; EQUIFAX**                        ECF No. 60
   **INFORMATION SERVICES, LLC,**
19
20                 Defendants**.**
21
22 ///
23 ///
24 ///
25
26
27
28
                                    - 1 -
     STIPULATION TO DISMISS DEFENDANT I.Q. DATA INTERNATIONAL, INC.

Plaintiff Jessikah Kipf ("Plaintiff") and Defendant I.Q. Data International Inc. ("IQ Data"), by and through their respective attorneys of record, hereby jointly stipulate, and respectfully request, to dismiss Plaintiff's claims against Defendant IQ Data pursuant to Fed. R. Civ. P. Rule 41(a)(1) with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED this 17th day of December 2025.

**KAZEROUNI LAW GROUP, APC**

By: _/s/ Gustavo Ponce_
Gustavo Ponce, Esq.
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*

**GORDON REES SCULLY MANSUKHANI**

By: _/s/ Sean Flynn_
Sean Flynn, Esq.
1 Liberty Street, Suite 424
Reno, NV 89501
*Attorneys for Defendant*
*I.Q. Data International, Inc.*

### ORDER

Based on the stipulation between plaintiff and the last defendant I.Q. Data International, Inc. **[ECF No. 60]** to dismiss the claims against I.Q., leaving no remaining claims, and with good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 17, 2025